STEPHEN THOMAS DAVENPORT, JR. #88208
JEFFREY G. McCLURE #152974
DAVENPORT GERSTNER & McCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, California 94596
Telephone: (925) 279-3430  Fax: (925) 932-1961

Attorneys for Defendant, PABCO BUILDING PRODUCTS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHAMBERS, | No. C07-03119 EMC |
| Plaintiff, | |
| vs. | **DEFENDANT'S DECLINATION OF CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE** |
| PABCO, LLC, | |
| Defendant. | |

Defendant Pabco Building Products, LLC ("Defendant") respectfully declines to consent to the assignment of this action to Magistrate Judge Edward M. Chen and requests reassignment to a district judge.

Dated: August 31, 2007.          DAVENPORT GERSTNER & McCLURE


                                          /s/
                                 STEPHEN THOMAS DAVENPORT, JR.
                                 Attorneys for Defendant,
                                 PABCO BUILDING PRODUCTS, LLC

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430
Fax (925) 932-1961

1
DECLINATION OF CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE