UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHAMBERS,<br><br>    Plaintiff,<br><br>  v.<br><br>PABCO, LLC. et al,<br><br>    Defendant.<br>_____ / | Case Number: CV07-03119 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory L. Chambers  
39939 Stevenson Blvd #2010  
Fremont, CA 94538

Stephen Thomas Davenport  
Davenport & Gerstner Law Offices  
1990 N California Blvd  
Ste 650  
Walnut Creek, CA 94596-3779

Dated: September 7, 2007

                                          Richard W. Wieking, Clerk  
                                          By: Anthony Bowser, Deputy Clerk