STEPHEN THOMAS DAVENPORT, JR. #88208
JEFFREY G. McCLURE  #152974
DAVENPORT GERSTNER & McCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, California  94596
Telephone:  (925) 279-3430  Fax:  (925) 932-1961

Attorneys for Defendant, PABCO BUILDING PRODUCTS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHAMBERS,<br><br>    Plaintiff,<br><br>       vs.<br><br>PABCO, LLC,<br><br>    Defendant. | No.  C07-03119 MHP<br><br>**DEFENDANT'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    Defendant believes that International Longshore and Warehouse Union Local 6 ("the Union") has an interest in the subject matter in controversy because, in order to prevail on Plaintiff's "hybrid" breach of contract/duty of fair representation cause of action alleging that he was wrongfully terminated in breach of Defendant's collective bargaining agreement with the Union, the Plaintiff must first prove that the Union breached its duty of fair representation to Plaintiff by refusing to further process his grievance protesting his suspension and termination for

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA  94596
(925) 279-3430
Fax (925) 932-1961

1
**D's CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

1  arbitrary or discriminatory reasons or in bad faith.  See, <u>Vaca v. Sipes</u>, 386 U.S. 171, 186, 191

2  (1967), and <u>Hines v. Anchor Motor Freight, Inc.</u>, 424 U.S. 554 (1976).

4  Dated:  October 12, 2007.            DAVENPORT GERSTNER & McCLURE

6                                         /s/
                                         _____
7                                        STEPHEN THOMAS DAVENPORT, JR.
                                         Attorneys for Defendant,
8                                        PABCO BUILDING PRODUCTS, LLC

**Davenport Gerstner & McClure**
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430
Fax (925) 932-1961

2
**D's CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS**