**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: October 22, 2007

Case No.    C 07-3119  MHP                Judge: MARILYN H. PATEL

Title: GREGORY CHAMBERS -v- PABCO BUILDING PRODUCTS LLC

Attorneys:  Plf: Gregory Chambers
            Dft: Stephen Davenport Jr

Deputy Clerk:  Anthony Bowser  Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims discussed; Matter referred to a Magistrate Judge for a settlement conference, to be completed within the next 45-60 days;

A further status conference set for 1/14/2008 at 3:00 p.m., with a supplemental status report to be filed one week prior;