STEPHEN THOMAS DAVENPORT, JR. #88208
JEFFREY G. McCLURE #152974
DAVENPORT GERSTNER & McCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, California 94596
Telephone: (925) 279-3430  Fax: (925) 932-1961

Attorneys for Defendant, PABCO BUILDING PRODUCTS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHAMBERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PABCO, LLC,<br><br>    Defendant. | No. C07-03119 MHP<br><br>**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |

Plaintiff Gregory Chambers, in pro per, and Defendant PABCO Building Products, LLC (incorrectly named herein as PABCO, LLC), by and through its attorney of record herein, hereby stipulate and agree that the Settlement Conference currently scheduled with Magistrate Judge Bernard Zimmerman for December 21, 2007 at 9:00 a.m., shall be continued until January 9, 2007 at 2:00 p.m. before Magistrate Judge Zimmerman in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 9th, 2007.          _____
                                     Plaintiff GREGORY CHAMBERS, in pro per

///
///
///

1
**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE**

1  Dated: November 8, 2007.          DAVENPORT GERSTNER & McCLURE

                                     _____
                                     STEPHEN THOMAS DAVENPORT, JR.
                                     Attorneys for Defendant,
                                     PABCO BUILDING PRODUCTS, LLC

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430

2

**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE**

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF CONTRA COSTA   )

I declare that I am employed in Contra Costa County, California, I am over eighteen years old, and I am not a party to the within action, and that my business address is 1990 N. California Blvd., Suite 650, Walnut Creek, California 94596. On this date, I served the following document(s): STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE on the persons shown below by placing true copies thereof in sealed envelopes addressed as shown below, by the following means of service:

[X]  <u>By First-Class Mail</u> – I am familiar with the firm's practice for collecting and processing correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Walnut Creek, California, for mailing to the office of the addressee following ordinary business practices.

[ ]  <u>By Personal Service</u> – I caused each such envelope to be given to a Plaintiff by personal delivery.

[ ]  <u>By Overnight Courier</u> – I caused each such envelope to be given to an overnight mail service at Walnut Creek, California, for delivery to the addressee on the next business day.

[ ]  <u>By Fax</u> – I caused each such document to be transmitted by facsimile transmission from fax machine telephone number (925) 932-1961, before 5:00 p.m., to the parties and fax numbers listed below. I declare that the transmitting fax machine reported that the transmission was complete and without error, and properly issued a transmission report, a copy of which is attached to this Proof of Service.

Mr. Gregory Chambers
39939 Stevenson Blvd., #2010
Fremont, CA 94538

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Walnut Creek, California.

Dated: November 13, 2007.          /s/

                                   _____
                                   ALICE GARCIA

Davenport Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430
Fax (925) 932-1961