1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9

10    GREGORY CHAMBERS,              )
                                     )
11              Plaintiff,           )        No. C07-03119 MHP (BZ)
                                     )
12         v.                        )
                                     )        **ORDER TO SHOW CAUSE**
13    PABCO, LLC,                    )
                                     )
14              Defendant.           )
      ───────────────────────────── )

15

16         Pursuant to a Stipulation to Reschedule Settlement

17    Conference signed by plaintiff and counsel for defendant, on

18    November 14 2007, I ordered plaintiff Gregory Chambers and

19    defendant Pabco, LLC to appear at a Settlement Conference on

20    January 9, 2008, at 2:00 p.m.  Plaintiff failed to appear as

21    scheduled.  Defendant did appear.  Plaintiff is **ORDERED** to

22    show cause in writing under oath by **January 22, 2008** as to why

23    he should not be held in contempt of court or otherwise

24    sanctioned for failure to appear at the settlement conference.

25    Dated: January 10, 2007

26                              _____
                                        Bernard Zimmerman
27                              United States Magistrate Judge

28    G:\BZALL\-REFS\REFS.08\CHAMBERS\CHAMERS.ORDERTOSHOWCAUSE.wpd

                                     1