UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY CHAMBERS, | ) | |
| Plaintiff, | ) | No. C07-03119 MHP (BZ) |
| v. | ) | **ORDER TO SHOW CAUSE** |
| PABCO, LLC, | ) | |
| Defendant. | ) | |

Pursuant to a Stipulation to Reschedule Settlement Conference signed by plaintiff and counsel for defendant, on November 14 2007, I ordered plaintiff Gregory Chambers and defendant Pabco, LLC to appear at a Settlement Conference on January 9, 2008, at 2:00 p.m. Plaintiff failed to appear as scheduled. Defendant did appear. Plaintiff is **ORDERED** to show cause in writing under oath by **January 22, 2008** as to why he should not be held in contempt of court or otherwise sanctioned for failure to appear at the settlement conference.

Dated: January 10, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\CHAMBERS\CHAMERS.ORDERTOSHOWCAUSE.wpd

1