**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 14, 2008

Case No.   C 07-3119  MHP              Judge: MARILYN H. PATEL

Title: GREGORY CHAMBERS -v- PABCO BUILDING PRODUCTS LLC

Attorneys:  Plf: no appearance by Gregory Chambers
            Dft: Stephen Davenport Jr

Deputy Clerk:  Anthony Bowser   Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

No appearance by plaintiff; Defendant to submit proposed OSC re DLOP;