STEPHEN THOMAS DAVENPORT, JR. #88208
JEFFREY G. McCLURE #152974
DAVENPORT GERSTNER & McCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, California 94596
Telephone: (925) 279-3430  Fax: (925) 932-1961

Attorneys for Defendant, PABCO BUILDING PRODUCTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHAMBERS,<br><br>Plaintiff,<br><br>vs.<br><br>PABCO, LLC,<br><br>Defendant. | No. C07-03119 EMC MHP<br><br>**ORDER TO SHOW CAUSE** |

A Status Conference was held on January 14. 2008 at 3:00 p.m. in Courtroom 15 of this Court. Defendant Pabco Building Products, LLC appeared through its attorney, Stephen Thomas Davenport, Jr. Plaintiff did not appear.

Plaintiff is ORDERED to show cause in writing under oath, by January 25, 2008, as to why this action should not be dismissed for failure to prosecute.

DATED: 1/16/08

MARILYN HALL PATEL, JUDGE
UNITED STATES DISTRICT

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430
Fax (925) 932-1961