UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHAMBERS,<br><br>        Plaintiff,<br><br>  v.<br><br>PABCO, LLC. et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-03119 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Gregory L. Chambers
3942 Desoto Street
Jackson, MS 39206


Dated: January 17, 2008

                                              Richard W. Wieking, Clerk
                                              By: Anthony Bowser, Deputy Clerk