1  STEPHEN THOMAS DAVENPORT, JR. #88208
   NEIL M. GERSTNER #105681
2  DAVENPORT GERSTNER & McCLURE
   1990 N. California Blvd., Suite 650
3  Walnut Creek, California 94596
   Telephone: (925) 279-3430  Fax: (925) 932-1961
4

5  Attorneys for Defendant, PABCO BUILDING PRODUCTS, LLC

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10

11  GREGORY CHAMBERS,                    No. C07-03119 MHP

12      Plaintiff,

13        vs.                             **NOTICE OF DEFENDANT'S**
                                        **MOTION FOR DISMISSAL**
14  PABCO, LLC,
                                        Date: April 21, 2008
15      Defendant.                      Time: 2:00 p.m.
                                        Courtroom: 15
16

17  TO:   PLAINTIFF GREGORY CHAMBERS, IN PRO PER:

18      NOTICE IS HEREBY GIVEN that on April 21, 2008, at 2:00 p.m. in Courtroom 15 of the

19  United States District, Northern District of California, located at 450 Golden Gate Ave., San

20  Francisco, California 94102, Defendant Pabco Building Products, LLC, will move the Court for an

21  order dismissing the instant action for failure to prosecute or to comply with the Court order under

22  Federal Rules of Civil Procedure, Rule 41(b).

23      The motion will be based on this Notice, the accompanying Memorandum of Points and

24  Authorities and Declarations in support of the Motion, the other pleadings and papers on file with

25  the Court, and on such other and further argument and evidence as may be adduced at the hearing

26

27

28

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430
Fax (925) 932-1961

1
**NOTICE OF MOTION FOR DISMISSAL**

1 | of this matter.

2 | Dated: March 18, 2008.            DAVENPORT GERSTNER & McCLURE

3 |                                              / s /

4 |                                   _____

5 |                                   NEIL M. GERSTNER, Attorneys for Defendant,
                                      PABCO BUILDING PRODUCTS, LLC

**Davenport Gerstner & McClure**
1990 N. California Blvd.
Suite 650
Walnut Creek, CA  94596
(925) 279-3430
Fax (925) 932-1961

2
**NOTICE OF MOTION FOR DISMISSAL**