UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHAMBERS, | No. C 07-03119 MHP |
|     Plaintiff, | **ORDER** |
|   v. | **Re: Motion to Dismiss** |
| PABCO, LLC., | |
|     Defendant. / | |

On March 19, 2008 defendant filed a motion to dismiss plaintiffs' complaint for failure to prosecute and to comply with the court order under Federal Rule of Civil Procedure 41(b). Plaintiff failed to submit a timely opposition. Consequently, this court deems this matter submitted and GRANTS defendants' motion to dismiss due to non-opposition.

IT IS SO ORDERED.

Dated: 4/17/2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California