UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY CHAMBERS,

        Plaintiff,

  v.

PABCO, LLC. et al,

        Defendant.

Case Number: CV07-03119 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory L. Chambers  
3942 Desoto Street  
Jackson, MS 39206

Dated: April 17, 2008

        Richard W. Wieking, Clerk  
        By: Anthony Bowser, Deputy Clerk